(83 South. 374)

No. 23822.

WRIGHT'S ESTATE v. WATERBURY.

In re WRIGHT.

(Dec. 3, 1919.)

Application for writs of mandamus and prohibition by Miss Maggie Wright, agent, against the District Judge. Rule made absolute, and the District Judge directed to recognize and respect the right of relatrix to be represented in court by the attorney in fact appointed by her.

Charles J. Mundy, of Thibodaux, for relatrix.

O'NIELL, J. The issue presented in this mandamus proceeding is the same as in the case of Levi Brown v. Treville Guillot (No. 23809) ante, p. 46, 83 South. 373, decided to-day.

The district judge denies the right of relatrix to be represented in court by an attorney in fact, in a suit in which she is plaintiff and appellee in the district court.

For the reasons assigned in the case of Brown v. Guillot (No. 23809) decided to-day, the rule issued herein is now made absolute, and the district judge is directed to recognize and respect the right of relatrix to be represented in court by the attorney in fact appointed by her.